## Other Orders/Judgments
3:20-cr-30033-MGM USA v.
Strong et al

CASREF,CLOSED,REVO,VICTIM

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/19/2025 at 2:07 PM EDT and filed on 8/19/2025

**Case Name:** USA v. Strong et al
**Case Number:** 3:20-cr-30033-MGM
**Filer:**
**Document Number:** 465(No document attached)

**Docket Text:**
**Magistrate Judge Katherine A. Robertson: ELECTRONIC ORDER entered. ORDER Rescheduling Hearing as to Herbert Wright, III ISSUED:**

**The defendant shall identify successor counsel by no later than 9/2/2025. If the defendant does not meet this deadline, he will be required to appear for an Initial Appearance on 9/5/2025 at 2:00 PM in Hampshire Courtroom (In person unless counsel move for leave to appear remotely) before Magistrate Judge Katherine A. Robertson, to explain what steps he's taken to retain counsel.**

**If the deadline is met and counsel has entered an appearance, an Initial Appearance will be held on 9/15/2025 at 2:00 PM in Hampshire Courtroom (In person unless counsel move for leave to appear remotely) before Magistrate Judge Katherine A. Robertson. Defense counsel may move for leave to reschedule for good cause. (MMR)**

**3:20-cr-30033-MGM-2 Notice has been electronically mailed to:**

Bernard T. O'Connor, Jr    boconnor@omcp-law.com

Steven H. Breslow    steve.breslow@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, Vinita.Garrick@usdoj.gov, erika.minster@usdoj.gov, megan.mckenna2@usdoj.gov, usama.ecf@usdoj.gov

Jared Olanoff    jared@olanofflaw.com

Joshua Hanye    joshua_hanye@fd.org, francisca_alves@fd.org

Dana L. Goldblatt    dana@danagoldblattlaw.com

Paul R. Rudof    prudof@strhlaw.com

Andrew Tyler    andrew.tyler@usdoj.gov, MIMF.ECF@usdoj.gov

Kyle A. Crawford     kyle.crawford@usdoj.gov

**3:20-cr-30033-MGM-2 Notice will not be electronically mailed to:**

James W. Lawson
Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110

BC: 01105291999          *ZZSZ-0L067-LL-ZL

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

NIXIE          911     DE 1          0009/11/25

PENALTY FOR PRIVATE USE $300

USMS SCREENED

HARTFORD CT 060

21 AUG 2025PM 7 L

quadient

FIRST-CLASS MAIL
IMI
$000.74
08/20/2025 ZIP 01105
043M30279594

US POSTAGE

Herbert Wright, III
20300 W. Marlow Lane
Porter Ranch, CA 91326-4982

91326-498200