UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | Crim. No. 3:20-CR-30033-MGM-2 |
| | ) | Crim. No. 3:20-CR-30031-MGM-1 |
| v. | ) | |
| | ) | |
| HERBERT WRIGHT III, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**HERBERT WRIGHT III'S SUPPLEMENTAL SENTENCING MEMORANDUM**

Defendant Herbert Wright, III ("Wright") respectfully submits this supplemental sentencing memorandum pursuant to the Court's directive at the December 15, 2025 Probation Revocation Hearing. For the reasons set forth in this memorandum, Wright respectfully requests that this Court terminate his term of probation. In the alternative, Wright respectfully requests that this Court terminate Special Condition #2 and Mandatory Condition #3, pertaining to the requirement of substance use testing within his term of probation, Special Condition #3, pertaining to the requirement of participation in a substance use treatment program, and any Standard Conditions of Supervision that require Wright to report in person to probation.

This Court sentenced Wright to probation for a term of three (3) years in connection with the above-captioned matter on January 23, 2024. For the past two years, Wright has remained on probation. Due to his increasing success as a touring musician, Wright has encountered difficulties in maintaining proper check-ins with his California probation officer, as Wright is only intermittently in the state of California and is frequently on the road performing and promoting his music. The success of Wright's career as a performing artist depends on his active travel and touring schedule, and that career in turn funds Wright's considerable philanthropic giving. The

1

condition of checking in with a California probation officer has thus proven to be a hindrance to Wright's success rather than a help to his rehabilitation.

Additionally, Wright has had trouble refraining from smoking marijuana as required by his probationary terms. Wright has used marijuana for years as a therapeutic coping mechanism to deal with the effects of his post-traumatic stress disorder and his anxiety. Wright has found it especially difficult to refrain from smoking marijuana following the passing of his father in November 2024.

Attached hereto as **<u>Exhibit 1</u>** is a letter from Wright's therapist, Kyla L. Dannelke, MA, LCPC. She explains that throughout their work together, Wright has presented with a complex clinical picture consistent with Post Traumatic Stress Disorder (PTSD), Prolonged Grief Disorder, and a history of Alcohol Abuse (in remission) along with Family and Childhood Trauma. She states that Wright continues to experience ongoing symptoms of intrusive memories, sleep disturbance, hypervigilance, irritability, emotional dysregulation, and episodes of panic related to exposure to traumatic memories from childhood and young adulthood. Wright has expressed to Ms. Dannelke that he has been attempting to abstain from the use of marijuana but has reported ongoing difficulty maintaining complete abstinence, as he finds that marijuana has been the only method that effectively mitigates several of his PTSD symptoms, particularly those related to hyperarousal, anxiety, and insomnia. Ms. Dannelke explains in her letter that there is an expanding body of clinical research suggesting marijuana's potential therapeutic effects for some individuals with PTSD, as studies have shown that certain cannabinoids may modulate fear responses, improve sleep quality, and reduce intrusive recollections in trauma survivors.

Ms. Dannelke also notes that she referred Wright to a physician in 2019 so that he could obtain a medical marijuana prescription. Wright received a medical marijuana card from the state

of Illinois that was valid from October 7, 2019 through October 7, 2022. Attached hereto as **Exhibit 2** is correspondence with the Illinois Department of Public Health confirming that Wright possessed a medical marijuana card during the above-referenced dates. Wright did not seek to renew his medical marijuana card upon its expiration in 2022 due to his ongoing criminal case and bail conditions. Wright has begun the process of renewing his medical marijuana card through the state of Illinois so that he will have a valid prescription when his probation is ultimately terminated.

If the Court is not inclined to terminate Wright's probation, Wright respectfully requests that it terminate Special Condition #2 and Mandatory Condition #3, pertaining to the requirement of substance use testing during his term of probation, Special Condition #3, pertaining to the requirement of participation in a substance use treatment program, and any Standard Conditions of Supervision that require Wright's in-person reporting to probation. This will allow Wright to continue his participation in his treatment program through his counseling sessions with Ms. Dannelke without the constraints of having to travel back to California to check in with probation and submit to drug testing. This will allow Wright to continue to address his marijuana dependency through counseling. Wright will abide by the remainder of the conditions of his probation.

In short, termination of Wright's probation will facilitate the management of his psychological condition and ensure the continued success of his career as a performing artist, further enabling Wright's philanthropic giving and his ability to provide for his children and the many others in his life who depend on him.

WHEREFORE, Defendant Herbert Wright III respectfully requests that this Honorable Court terminate his previously ordered term of probation, or in the alternative remove the requirements of substance use testing, participation in a substance use treatment program, and any in person reporting to probation.

**HERBERT WRIGHT, III,**

By his attorneys,

*/s/ Sarah L. Doelger*
Jeffrey J. Pyle, BBO# 647438
jpyle@princelobel.com
Sarah L. Doelger, BBO# 712677
sdoelger@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
T:  617-456-8000
F:  617-456-8100

DATED: January 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the CM/ECF system on January 16, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ Sarah L. Doelger
Sarah L. Doelger

# EXHIBIT 1



**Open Book Therapy**
4124 North Lincoln Avenue Suite #1-C
Chicago IL 60618
**Phone:** (872) – 216 – 6131
**Fax:** (872) – 241 – 0100
**Office Email:** kyla@openbooktherapychi.com
**Website**: www.openbooktherapychi.com



Monday January 5, 2026

To Whom It May Concern:

I am writing in regard to my continued clinical work with Herbert R. Wright III, - date of birth: October 10, 1995. I am a Licensed Clinical Professional Counselor and hold a master's degree in Counseling Psychology from Adler University. I have maintained an ongoing therapeutic relationship with Herbert R. Wright III, since May 8, 2019, and he has recently re-engaged in services following a brief period of absence due to COVID-19 and inability to coordinate schedules. We are currently in the process of scheduling additional sessions following the holidays to resume regular individual therapy. Our last session was on Tuesday December 10, 2025 at 6:00PM.

Throughout our work together, Mr. Wright has presented with a complex clinical picture consistent with Post-Traumatic Stress Disorder (PTSD), Prolonged Grief Disorder, a history of Alcohol Abuse (in remission), along with Family and Childhood Trauma. He continues to experience ongoing symptoms of intrusive memories, sleep disturbance, hypervigilance, irritability, emotional dysregulation, and episodes of panic related to exposure to traumatic memories from childhood and young adulthood. Due to these above symptoms, Mr. Wright expressed interest in exploring a medical marijuana prescription in 2019. I made the referral to Mr. Wright to seek the expertise as Innovative Care in Chicago, IL during our session on May 25, 2019.

In our recent session, Mr. Wright has expressed a renewed commitment to engaging in consistent therapy to process these longstanding traumatic experiences and to strengthen his coping tools beyond substance-related strategies. He understands that his PTSD and trauma symptoms have at times influenced decision-making and interpersonal relationships, and he is actively working toward improving emotional regulation, insight, and behavioral control.

Mr. Wright has also shared that he has been attempting to abstain from the use of marijuana, acknowledging court expectations and personal goals for abstaining from alcohol and marijuana. However, he has reported ongoing difficulty maintaining complete abstinence, as he finds that marijuana use has been the only method—though not federally sanctioned—that effectively mitigates several of his PTSD symptoms, particularly those related to hyperarousal, anxiety, and insomnia.

While marijuana remains a controlled substance under federal law, there is an expanding body of clinical research suggesting its potential therapeutic effects for some individuals with PTSD. Studies have shown that certain cannabinoids may modulate fear responses, improve sleep quality, and reduce intrusive recollections in trauma survivors. However, these findings remain mixed, and the efficacy, dosing, and risks vary significantly by individual. As such, while I understand the client's perceived benefit, my therapeutic focus remains on expanding validated, evidence-based coping strategies to manage his symptoms without dependency on cannabis.



**Open Book Therapy**

Helping you write your story...

**Open Book Therapy**
4124 North Lincoln Avenue Suite #1-C
Chicago IL 60618
**Phone:** (872) – 216 – 6131
**Fax:** (872) – 241 – 0100
**Office Email:** kyla@openbooktherapychi.com
**Website**: www.openbooktherapychi.com

In my professional observation, Mr. Wright has demonstrated genuine insight into the relationship between his trauma and current coping mechanisms. His re-engagement in therapy and willingness to explore alternative symptom management techniques—such as trauma-focused cognitive behavioral therapy, mindfulness-based grounding strategies, and psychoeducation about neurobiological impacts of trauma—reflect a notable shift toward self-awareness and recovery-oriented behavior.

Clinically, I believe ongoing therapy remains essential to Mr. Wright stability and long-term rehabilitation. The combination of PTSD, family trauma, and prolonged grief disorder presents a complex set of challenges, yet I have observed in him strong motivation to heal, to model stability for his children, and to continue his community outreach efforts that focus on youth empowerment and violence prevention.

We will continue to meet weekly following the holidays, with the primary treatment goals being to:

- Reduce the frequency and intensity of PTSD-related symptoms.
- Enhance emotional regulation and distress tolerance.
- Strengthen sobriety and relapse prevention strategies.
- Process unresolved grief and family-related trauma.
- Develop sustainable, healthy coping mechanisms for long-term success.

If the court should require additional updates on Mr. Wright's progress, attendance, or therapeutic engagement, I would be more than willing to provide ongoing status reports. His next scheduled appointment date is Friday January 9th, 2026 at 5:00PM.

Thank you for your continued attention to his rehabilitation and clinical progress.

Please contact me at kyla@openbooktherapychi.com or call (872)-216-6131.

Licensed Clinical Professional Counselor / Practice Owner
**Open Book Therapy**
4124 N Lincoln Avenue
Suite 1-C
Chicago IL, 60618
**Phone:** (872)-216-6131
**Fax:** (872)-241-0100
**Email Address:** kyla@openbooktherapychi.com
**Website:** http://www.openbooktherapychi.com

# EXHIBIT 2

 Gmail

## Update Email MCPP

**DPH.MedicalCannabis** <DPH.MedicalCannabis@illinois.gov>                              Thu, Jan 15 at 9:31 AM
To: kim@gherbomgmt.com <kim@gherbomgmt.com>

Hello,

This error is because the email used for iLogin does not match the email used in the prior system, or you have made multiple accounts.

Please provide your full name,current email address, last four ssn, DOB, address, and QP Number or Application ID and a picture of your Driver's License/State ID/or Passport for verification so we can manually merge your account in our system. This will take some time as this has affected a large amount of patient accounts. We will be in touch when you can try to log in again.

We appreciate your patience,

\*Please note at this time we are experiencing high call and email volume; we will respond to you as soon as possible.

We are having to merge these accounts manually. This will take some time as this has affected a large amount of patient accounts. We will be in touch when you can try to log in again.

Sincerely, Alisa

Division of Medical Cannabis

Toll Free Hotline: 855-636-3688

Hotline Hours: Mon-Fri - 9am-4pm



State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work

product privilege, or any other exemption from disclosure.

M Gmail

## Update Email MCPP

**Kim Jefferson Fernandez** <kim@gherbomgmt.com>                                      Thu, Jan 15 at 12:33 PM
To: DPH.MedicalCannabis <DPH.MedicalCannabis@illinois.gov>
Bcc: Mikkey Halsted <mikkey@cityentgroup.com>

Hello - I need have my old account info merged with my new account. Also, the old account does not have the suffix "III" on the last name. It needs to be removed from the new account to match or corrected in the new account also.

Thank you!

Herbert Wright


- Full name - Herbert Wright III (on new acct)          Herbert Wright on the original/expired acct

- Address: 8514 S. Wolcott, Chicago, IL 60620

- DOB - 10/08/1995

- Last 4 of SSN - 6480
- QP or CG# - existing card expired no longer have #
- The new email - kim@gherbomgmt.com
- The old email address - mr.wright79th@gmail.com

- Application ID : IA-0000734415

- Proof of identity (picture of your driver's lic or state id)




[Quoted text hidden]

## M Gmail

---

## Update Email MCPP

---

**DPH.MedicalCannabis** <DPH.MedicalCannabis@illinois.gov>                      Thu, Jan 15 at 12:55 PM
To: Kim Jefferson Fernandez <kim@gherbomgmt.com>

Hello,

Thank you for contacting the IDPH Medical Cannabis Patient Program. We have not merge your account yet. I do see you had expired with a card from the dates 10/07/2019 to 10/07/2022 and once this is merge you will be able to reaply for the medical cannabis card.

Chaz

Division of Medical ICannabis

Dph.medicalcannabis@Illinois.gov

Toll Free Hotline: 855-636-3688

Hotline Hours: Mon-Fri 9am-4pm

[Quoted text hidden]

On Thu, Jan 15, 2026 at 9:31 AM DPH.MedicalCannabis <DPH.MedicalCannabis@illinois.gov> wrote:

[Quoted text hidden]